IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROBERT SHANE KNIGHT
ADC #149033                                                                                          PLAINTIFF

v.                          Case No. 1:18-cv-00068-KGB/PSH

CHARLES L. LIGGETT, *et al.*                                                              DEFENDANTS

## ORDER

The Court has received the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 12). No objections have been filed, and the time to file an objection has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 12).

Also before the Court is plaintiff Robert Shane Knight's motion for copies (Dkt. No. 13). Mr. Knight requests "a roster or actions" in this case (*Id.*). The Court grants Mr. Knight's motion (*Id.*). The Clerk is directed to mail to Mr. Knight a copy of the docket sheet. To the extent Mr. Knight seeks copies of any other documents, Mr. Knight may submit a separate motion specifying by docket number from the docket sheet the document he seeks to have copied.

The Court dismisses without prejudice plaintiff Robert Shane Knight's complaint (Dkt. No. 2). The Court also certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g). Judgment shall be entered accordingly.

So ordered this 9th day of September, 2019.

_____
Kristine G. Baker
United States District Judge