IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROBERT SHANE KNIGHT**
**ADC #149033**                                                                    **PLAINTIFF**

v.                       Case No. 1:18-cv-00068-KGB/PSH

**CHARLES L. LIGGETT,** *et al.*                                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Robert Shane Knight's complaint is dismissed without prejudice.

So adjudged this the 9th day of September, 2019.

_____
Kristine G. Baker
United States District Judge